PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Samuel Sosa

Cr.: 23-00306-001
PACTS #: 6749933

Name of Sentencing Judicial Officer:  THE HONORABLE SIDNEY H. STEIN (SD/NY)
UNITED STATES DISTRICT JUDGE

Reassigned to Judicial Officer:  THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/22/2023

Transfer of Jurisdiction to D/NJ: 04/10/2023

Original Offense:  Count One: Conspiracy To Distribute Narcotics, 21:846

Original Sentence: Time Served, 3 years supervised release, $100 special assessment

Special Conditions: LM/Employment Condition, Alcohol/Drug Testing and/or Treatment, Search/Seizure, Mental Health Treatment, Gang Associate/Member Restriction, DNA Collection

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/22/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | During a home visit on March 10, 2023, Sosa submitted a urine test which tested positive for marijuana. Sosa admitted using a marijuana vape pen the day prior to treat his anxiety. |

U.S. Probation Officer Action:

Our office verbally reprimanded Sosa and directed him to stop using marijuana until he obtains a prescription, a medicinal marijuana card, and Court authorization to use. We will keep the Court apprised of any additional noncompliance. At this time, we ask that no formal court action be taken.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ANTHONY J. NISI
       U.S. Probation Officer

/ ajn

APPROVED:

SUZANNE GOLDA-MARTINEZ                    04/20/2023
Supervising U.S. Probation Officer              Date

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Signature of Judicial Officer

4/24/2023
Date